IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No.  08-cv-01548-WYD

TANYA R. BUTLER,

     Plaintiff,

v.

MICHAEL J. ASTRUE, Commissioner of Social Security,

     Defendant.

## ORDER

THIS MATTER is before the Court in connection with Plaintiff's Unopposed Motion for Attorney Fees Pursuant to the Equal Access to Justice Act (filed October 20, 2009).  Plaintiff moves for an order granting payment of attorney's fees in the amount of $4,766.25 under the Equal Access to Justice Act ("EAJA"), 42 U.S.C.  § 2412.  Plaintiff asserts that the requested relief in the motion is unopposed, and attaches documentation in support of the motion.

Having reviewed the motion, I find that an award of fees under the Equal Access to Justice Act is proper and that Plaintiff's motion should be granted.  Accordingly, it is

ORDERED that Plaintiff's Unopposed Motion for Attorney Fees Pursuant to the Equal Access to Justice Act (Doc. # 19) is **GRANTED**.  Attorney's fees in the amount of $4,766.25 shall be made payable to Plaintiff and mailed to the office of her attorney of record.

Dated October 21, 2009

          BY THE COURT:

          s/ Wiley Y. Daniel
          Wiley Y. Daniel
          Chief United States District Judge